Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538
Attorneys for Plaintiff
FATE, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATE, INC., a California Corporation, | Case No.: CV 14-04246 PA (AGRx) |
| Plaintiff, | ORDER ON STIPULATION TO DISMISS ACTION |
| vs. | |
| FOREVER 21, INC., a California Corporation; THE CLOTHING COMPANY, a California Business of Form Unknown; LOVE CULTURE, INC., a California Corporation; and DOES 1-10, | |
| Defendants. | |

ORDER*:*

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. Forever 21, Inc. and The Clothing Company are dismissed with prejudice;

2. Love Culture, Inc. is dismissed without prejudice;

3. Plaintiff, Forever 21, Inc., and The Clothing Company will each bear their own costs and attorneys' fees as incurred in this action; and

SO ORDERED.

Dated: September 3, 2014          By: _____
                                  HONORABLE PERCY ANDERSON